UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE CARTER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL )<br>TOBACCO FIREARMS )<br>AND EXPLOSIVES, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-0047 (JGP) |

### MEMORANDUM

This Freedom of Information Act case is before the Court on Defendant's Motion for Summary Judgment. By Order of July 8, 2005, plaintiff was advised about his obligation to respond to the motion by August 12, 2005. The Court further advised plaintiff that his failure to respond could result in dismissal of the case. Plaintiff has neither responded nor sought additional time to respond. The Court therefore will grant defendant's motion and dismiss the case. A separate Order accompanies this Memorandum.

                                    _____s/_____
                                    JOHN GARRETT PENN
                                    United States District Judge

Date: September 19, 2005